```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 00860
    VERNON E MCNEAL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0036

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/15/2008 and was not confirmed.

     The case was dismissed without confirmation 04/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
CHASE AUTO FINANCE       SECURED VEHIC    18532.00            .00            .00
CHASE AUTO FINANCE       UNSECURED          297.25            .00            .00
VILLAGE OF DOLTON        SECURED           1121.00            .00            .00
WASHINGTON MUTUAL        CURRENT MORTG         .00            .00            .00
WASHINGTON MUTUAL        MORTGAGE ARRE     5500.00            .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY           396.13            .00            .00
ADVOCATE SOUTH SURBURBAN UNSECURED        NOT FILED           .00            .00
ALLIED INTERSTATE        UNSECURED        NOT FILED           .00            .00
AMERICAS FINANCIAL CHOIC UNSECURED           237.33           .00            .00
AMERICAS FINANCIAL CHOIC UNSECURED           124.74           .00            .00
AMERICAN SCHOOL          UNSECURED        NOT FILED           .00            .00
CBE GROUP                UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED        NOT FILED           .00            .00
COMCAST                  UNSECURED        NOT FILED           .00            .00
CREDIT MANAGEMENT INC    UNSECURED        NOT FILED           .00            .00
LASALLE BANK             UNSECURED        NOT FILED           .00            .00
MCI RESIDENTIAL SERVICES UNSECURED        NOT FILED           .00            .00
NCO FIN/99               UNSECURED        NOT FILED           .00            .00
*NICOR GAS               UNSECURED        NOT FILED           .00            .00
OAK FOREST HOSPITAL      UNSECURED        NOT FILED           .00            .00
RADIOLOGY IMAGING CONSUL UNSECURED        NOT FILED           .00            .00
THE CBE GROUP INC        UNSECURED        NOT FILED           .00            .00
VILLAGE OF DOLTON DEPT O UNSECURED        NOT FILED           .00            .00
WYSE FINANCIAL SERVICES  UNSECURED        NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED            68.20           .00            .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      2,481.50                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00860 VERNON E MCNEAL

```
PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                  .00
DEBTOR REFUND                                                         .00
                                   ---------------       ---------------
TOTALS                                         .00                   .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 07/23/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```